UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.  5:15-mj-71573 MAG |
| Plaintiff, | REMOVAL ORDER - OUT OF CUSTODY |
| v. | |
| MICHAEL HIPPLE, | |
| Defendant. | |

IT APPEARING that an Indictment has been filed in the Southern District of California charging the defendant above-named, with a violation of Title 18, United States Code, Section 1955, Illegal Gambling.

IT IS HEREBY ORDERED that the defendant be released on bond, to report to the United States District Court for the Southern District of California on December 29, 2015, at 2:00 p.m. and to abide by further orders of that Court.  Any money posted as bail shall be transmitted to the clerk in the district where the offense was allegedly committed.

Dated: December 10, 2015

NATHANAEL COUSINS
United States Magistrate Judge

cc: USMS